**Electronically Filed
Supreme Court
SCWC-30061
26-AUG-2011
03:37 PM**

NO. SCWC-30061

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee

vs.

SUSAN SOLOMON, Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 1P108-13944)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

July 17, 2011 by Petitioner/Defendant-Appellant Susan Solomon is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 26, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Jon N. Ikenaga, Deputy Public
Defender, for
petitioner/defendant-appellant,
on the application.

---

[1]     Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.